

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UD DISSOLUTION LIQUIDATING TRUST,      :

              Plaintiff,        :

      v.                     :      Civ. No. 16-923-CFC

SPHERE 3D CORPORATION, *et al.*,     :

          Defendants.     :

---

## ORDER

At Wilmington this 13th day of November, 2018, pursuant to the Amended Standing Order of Reference dated February 29, 2012,

IT IS ORDERED that:

1.     The above-captioned matter, transferred to this Court from the United States District Court for the District of Utah by the *Order Adopting Bankruptcy Judge's Findings of Fact and Conclusions of Law and Report and Recommendation and Transferring Venue to the District of Delaware* (D.I. 3), is REFERRED to the United States Bankruptcy Court for the District of Delaware.

2.     The Clerk is directed to CLOSE 16-923-CFC.

 

 

_____
UNITED STATES DISTRICT JUDGE