**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UD DISSOLUTION LIQUIDATING TRUST,<br>          Plaintiff,<br>     v.<br><br>SPHERE 3D CORPORATION, *et al.*,<br>          Defendants. | Misc. Pro. No.: 18-00102 (MFW) |

## STIPULATION AND [PROPOSED ORDER] REGARDING CERTAIN DEFENDANTS' CONSENT TO MOTION FOR LEAVE TO AMEND COMPLAINT

Defendants Sphere 3D Corporation, V3 Systems Holdings, Inc., Peter Tassiopoulos, Jason Meretsky, Eric Kelly, Peter Ashkin, Daniel Bordessa, and Vivekanand Mahadevan ("Defendants")[1] and plaintiff UD Dissolution Liquidating Trust (the "UD Trust") hereby submit this *Stipulation* regarding the UD Trust's *Motion for Leave to Amend Complaint*, D.I. 15 (the "Motion to Amend"), filed on August 19, 2019.  The UD Trust and Defendants stipulate, subject to the approval of the Court, to the following:

1.\quad Defendants do not oppose the Motion to Amend and consent to the UD Trust filing the proposed amended complaint attached to the Motion to Amend as Exhibit A-1 with the modifications described in Paragraph 2.

2.\quad Proposed defendant Silicon Valley Technology Partners, LLC ("SVTP") shall be removed as a defendant in Claims 20, 21, 22, 23, and 26, without prejudice to the UD Trust's right to file a further motion for leave to amend if discovery reveals sufficient facts to state a claim against SVTP for to those claims.

---

[1] Defendants Mario Biasini and Glen Bowman take no part in this stipulation but will not file an opposition to the Motion to Amend.  They filed a motion to dismiss this action for lack of personal jurisdiction on July 8, 2016.  If the Court grants the Motion to Amend, they will update and refile their motion to dismiss.

**Error! Unknown document property name.**

3.	By consenting to the Motion to Amend, Defendants have not waived any of their defenses under Fed. R. Bankr. P. 7012 or Fed. R. Civ. P. 12 or their right to file a motion asserting these defenses.

4.	By consenting to the Motion to Amend, Defendants have not waived any right to move to withdraw the reference to this Court.

5.	All defendants named in the proposed amended complaint shall have 60 days from the date of the filing of the amended complaint to respond to the amended complaint.

[Signatures to follow.]

DATED: this 18th day of September, 2019.

| | |
|---|---|
| /s/ *Albert H. Manwaring* | /s/ *Alessandra Glorioso* |

**MORRIS JAMES LLP**
Albert H. Manwaring, IV (DE Bar No. 4399)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6868
Facsimile: (302) 571-1750
E-mail: amanwaring@morrisjames.com

**FABIAN VANCOTT**
Kevin N. Anderson
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 59602814
Email: kanderson@fabianvancott.com

*Attorneys for Plaintiff UD Liquidating Trust*

**DORSEY & WHITNEY (DELAWARE) LLP**
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
Email: glorioso.alessandra@dorsey.com

**DORSEY & WHITNEY LLP**
Milo Steven Marsden
Sarah Goldberg
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
            goldberg.sarah@dorsey.com

*Attorneys for Defendants Sphere 3D Corporation, V3 Systems Holdings, Inc., Peter Tassiopoulos, Jason Meretsky, Eric Kelly, Peter Ashkin, Daniel Bordessa, and Vivekanand Mahadevan*

SO ORDERED this ___ day of _____, 2019

---

The Honorable Mary F. Walrath
United States Bankruptcy Judge