**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UD DISSOLUTION CORP.<br>    (fna, V3 Systems, Inc.),<br><br>        Debtor.<br><hr>UD DISSOLUTION LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>SPHERE 3D CORPORATION, incorporated under the laws of the Province of Ontario, Canada; V3 SYSTEMS HOLDINGS, INC., a Delaware corporation; PETER TASSIOPOULOS, an individual; JASON D. MERETSKY, an individual; ERIC L. KELLY, an individual; PETER ASHKIN, an individual; MARIO BIASINI, an individual; GLENN M. BOWMAN, an individual; DANIEL J. BORDESSA, an individual; VIVEKANAND MAHADEVAN, an individual; OVERLAND STORAGE, INC., a California corporation; SILICON VALLEY TECHNOLOGY PARTNERS, LLC, a Delaware Limited Liability Company; CYRUS CAPITAL PARTNERS, L.P., a Delaware limited partnership; FBC HOLDINGS, S.A. R.L., a private limited liability company organized in Luxembourg; CRESCENT 1, L.P., a Delaware limited partnership; CRS MASTER FUND, L.P., a Cayman Islands exempted limited partnership; CYRUS OPPORTUNITIES MASTER FUND II, LTD., a Cayman Islands exempted limited company; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., a Cayman Islands exempted limited company; CYRUS CAPITAL PARTNERS GP, L.L.C., a Delaware limited partnership; CYRUS CAPITAL ADVISORS, L.L.C., a Delaware limited liability company; STEPHEN C. FREIDHEIM, an individual; and JOHN DOES I-X,<br><br>        Defendants. | Utah Bankruptcy Case No. 14-32546<br>(Chapter 11)<br><br><br>Misc. Pro. No.:  18-00102 (MFW)<br><br>**Re: D.I. 18**<br><br><br>**CYRUS DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT [JURY TRIAL DEMANDED]** |

## CYRUS DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Cyrus Capital Partners, L.P., FBC Holdings, S.a.r.l., Crescent 1, L.P., CRS Master Fund, L.P., Cyrus Opportunities Master Fund II, LTD., Cyrus Select Opportunities Master Fund, LTD., Cyrus Capital Partners GP, L.L.C., Cyrus Capital Advisors, L.L.C. (collectively, the "Cyrus Entities"), and Stephen C. Freidheim (together with the Cyrus Entities, the "Cyrus Defendants"), by and through their undersigned counsel, hereby move to dismiss with prejudice all claims against them in the *Amended Complaint Objecting to Claim No. 26-1 and Seeking Other Relief* [D.I. No. 18] (the "Amended Complaint") pursuant Federal Rule of Civil Procedure 12(b)(6), made applicable herein under Federal Rule of Bankruptcy Procedure 7012, for failure to state a claim upon which relief can be granted (the "Motion").[1]

This Motion is based on the accompanying memorandum of law in support thereof, all pleadings, and such other matters that this Court may consider.

Pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure and Rule 7008-1 of the Local Rules for this Court, the Cyrus Defendants do not consent to the entry of final orders or judgments by the Court.

WHEREFORE, the Cyrus Defendants respectfully request that the Court grant the Motion to Dismiss the Amended Complaint against the Cyrus Defendants with prejudice and such other and further relief as is just and proper.

---

[1] The Cyrus Defendants reserve their rights to move for withdrawal of the reference to the Bankruptcy Court of this adversary proceeding pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011 at the appropriate time.  See In re Nortel Networks, Inc., 539 B.R. 704, 709 n.3 (D. Del. 2015) (citing Billing v. Ravin, Greenberg & Zackin, P.A., 22 F.3d 1242, 1252 n.14 (3d. Cir. 1994); In re NDEP Corp., 203 B.R. 905, 912-13 (D. Del. 1996)); see also In re LTC Holdings, Inc., C.A. No. 18-1987, 2019 WL 4643801 (D. Del. Sept. 24, 2019); In re Am. Classic Voyages Co., 337 B.R. 509 (D. Del. 2006); In re Winstar Commc'ns, 321 B.R. 761 (D. Del. 2005); In re Big V Holding Corp., No. 00-04372(RTL), 2002 WL 1482392 (D. Del. July 11, 2002).

IMPAC 6570289v.1

Dated: February 10, 2020

*Of Counsel*:
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Brian T. Carney
Kristen Diane White
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: bcarney@akingump.com
E-mail: kristen.white@akingump.com

**POTTER ANDERSON & CORROON LLP**

*/s/ L. Katherine Good*
Matthew F. Davis (DE Bar No. 4696)
L. Katherine Good (DE Bar No. 5101)
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: mdavis@potteranderson.com
E-mail: kgood@potteranderson.com

*Attorneys for Cyrus Capital Partners, L.P., Crescent 1, L.P., CRS Master Fund, L.P., Cyrus Opportunities Master Fund II, Ltd., Cyrus Select Opportunities Master Fund, Ltd., Cyrus Capital Partners GP, L.L.C., Cyrus Capital Advisors, L.L.C., FBC Holdings, S.A.R.L., and Stephen Cyrus Freidheim*

IMPAC 6570289v.1