IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UD DISSOLUTION CORP. ) | |
|    (f/k/a, V3 Systems, Inc.) ) | |
| ) | Utah Bankruptcy Case |
|    Debtor. ) | No. 14-32546 |
| ) | |
| _____) | |
| ) | |
| UD DISSOLUTION LIQUIDATING ) | |
| TRUST, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | Misc. Pro. |
| ) | No.: 18-00102 (MFW) |
| SPHERE 3D CORP., V3 Systems ) | |
| HOLDINGS, INC., PETER TASSIOPOULOS,) | |
| JASON D. MERETSKY, ERIC L. KELLY, ) | |
| PETER ASHKIN, MARIO BIASINI, GLENN ) | |
| M. BOWMAN, DANIEL J. BORDESSA, ) | |
| VIVEKANAND MAHADEVAN, OVERLAND ) | |
| STORAGE, INC., SILICON VALLEY ) | |
| TECHNOLOGY PARTNERS, LLC, CYRUS ) | |
| CAPITAL PARTNERS, L.P., FBC ) | |
| HOLDINGS, S.A.R.L., CRESCENT 1, ) | |
| L.P., CRS MASTER FUND, L.P., CYRUS ) | |
| OPPORTUNITIES MASTER FUND II, LTD.,) | |
| CYRUS SELECT OPPORTUNITIES MASTER ) | |
| FUND II, LTD., CYRUS CAPITAL ) | |
| PARTNERS GP, L.L.C., CYRUS CAPITAL ) | |
| ADVISORS, L.L.C., STEPHEN C. ) | |
| FREIDHEIM, and JOHN DOES I-X, ) | Rel. Docs. 18, 23, 28, |
| ) | 33, 42, 45, 46, 56, |
|    Defendants. ) | 59, 60 |

**O R D E R**

**AND NOW** this **19th** day of **MARCH, 2021,** upon consideration of the Defendants' Motions to Dismiss various counts of the Amended Complaint filed by UD Dissolution Liquidating Trust and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motions to Dismiss Counts 12, 13, 21, and 27 are hereby **GRANTED**; and it is further

**ORDERED** that the Defendants' Motions to Dismiss Counts 7 and 8 are **GRANTED** to the extent they are based on the Bankruptcy Code but **DENIED** to the extent they are based on applicable state law; and it is further

**ORDERED** that the Defendants' Motions to Dismiss Counts 23, 24, and 25 are **GRANTED** as to Defendants Ashkin, Biasini, Bowman, and Mahadevan and **DENIED** as to all other Defendants; and it is further

**ORDERED** that the Defendants' Motions to Dismiss are **DENIED** in all other respects.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Albert H. Manwaring, IV, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order to all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Albert H. Manwaring, IV, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2309
Counsel for UD Dissolution Liquidating Trust

Kevin N. Anderson, Esquire
Fabian Vancott
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Counsel for UD Dissolution Liquidating Trust

Eric Lopez Schnabel, Esquire
Alessandra Glorioso, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Counsel for the Sphere Defendants

Milo Steven Marsden, Esquire
Sarah Goldberg, Esquire
Dorsey & Whitney LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111
Counsel for the Sphere Defendants

L. Katherine Good, Esquire
Matthew F. Davis, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Counsel for the Cyrus Defendants

Brian R. Carney, Esquire
Kristen Diane White, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036
Counsel for the Cyrus Defendants