# CONAWAY-LEGAL LLC

BERNARD G. CONAWAY, ESQUIRE

*ADMITTED TO DELAWARE*

1007 NORTH ORANGE STREET, SUITE 400
WILMINGTON, DE 19801
(302) 428-9350 (O)
(302) 528-8687 (C)
(844) 364-0137 (F)
bgc@conaway-legal.com

October 14, 2021

**BY HAND DELIVERY AND PACER**
Sara Hughes
Assistant Operations Manager
Delaware Bankruptcy Court
824 N. Market Street
Wilmington, DE 19801

    **RE:**    *UD Dissolution Trust v. Sphere 3D*, Misc. Pro. No.: 18-00102 (MFW)
             Follow-up Regarding Assignment of a Mediator

Dear Ms. Hughes:

    As we discussed during our telephone call of last week, please know that the parties are working to schedule a private mediation in this matter. Therefore, I respectfully ask that, at the present, the Court not assign a mediator. I will report back to the Court in 60 days detailing our progress or to request that a mediator be assigned.

    Should you have further questions I am, of course, available to address them

                Respectfully submitted,

                */S/ Bernard G. Conaway*

                Bernard G. Conaway (DE 2856)

cc:    All Counsel (via Pacer filing)

BGC/ak

www.conaway-legal.com